Howard M. ZWAGIL, Petitioner,

v.

GENERAL SERVICES
ADMINISTRATION,
Respondent.

No. 2006–3430.

United States Court of Appeals,
Federal Circuit.

July 10, 2007.

Howard Margulies, Law Office of Mark W. Howes, of Annapolis, MD, argued for petitioner. On the brief was Mark W. Howes.

Roger A. Hipp, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Assistant Director.

Before MICHEL, Chief Judge,
LOURIE and BRYSON, Circuit Judges.

PER CURIAM.

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.